**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6213

KELVIN A. CANADA,

Plaintiff - Appellant,

v.

LIEUTENANT ROUNTREE; WILLIAM C. LANE, Lieutenant; CAPTAIN WHITEHEAD; J. MAYO, Officer; OFFICER GOODRICH; OFFICER BAINES; OFFICER ASKEW; OFFICER ADAMS; M. WOODRUFF, Nurse; L. O'NEAL, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:13-cv-00013-HCM-DEM)

Submitted: September 28, 2018                     Decided: November 8, 2018

Before NIEMEYER, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's judgment following a bench trial finding in favor of defendants and denying relief on Canada's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and Canada's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Lt. Rountree*, No. 2:13-cv-00013-HCM-DEM (E.D. Va. Feb. 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*